**Davis Polk**

Lara Samet Buchwald
+1 212 450 4351
lara.buchwald@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

*Granted.*

*Denise Cote*
*2/7/25*

February 6, 2025

The Honorable Denise L. Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Taylor v. Bank of America Corp. & Merrill Lynch, Pierce, Fenner & Smith Incorporated*,
No. 1:25-cv-00709-DLC

Dear Judge Cote:

We represent defendants Bank of America Corporation ("BAC") and Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill") in the above-referenced action (the "Action"). We write jointly with Plaintiff to request that the Court hold all deadlines in this Action in abeyance and to adjourn *sine die* the pretrial conference presently scheduled for March 27, 2025, pending a decision on consolidation from the United States Judicial Panel on Multidistrict Litigation (the "JPML").

By way of background, on October 30, 2024, Plaintiff's counsel filed a motion before the JPML for consolidation or coordination (the "Consolidation Motion") of what was initially more than twenty cases, before a single judge in the Southern District of New York. Since then, the number of actions has grown. The JPML solicited responses to Plaintiff's application, and multiple parties—including BAC and Merrill—opposed the Consolidation Motion. On January 23, 2025, Plaintiff filed this Action, and subsequently filed a notice of related action for this Action in the JPML proceeding. Briefing on the Consolidation Motion is closed, and the JPML heard argument on the Consolidation Motion on January 30, 2025. The Consolidation Motion is currently pending a decision from the JPML, which is expected by the month's end.

Additionally, the parties wish to apprise the Court that the instant action is only one of several "cash sweep" cases filed against BAC and Merrill in the Southern District of New York. There are currently six such actions, including two other actions against BAC and Merrill filed by Plaintiff's counsel:

| Case Name | Assigned Judge | Plaintiff's Counsel |
|---|---|---|
| *Valelly v. Merrill Lynch, Pierce, Fenner & Smith Incorporated*, No. 19-cv-07998-VEC | Hon. Valerie E. Caproni | Wolf Popper LLP |
| *McCrary v. Merrill Lynch, Pierce, Fenner & Smith Incorporated*, No. 23-cv-10768-VM | Hon. Victor Marrero | Wolf Popper LLP |

**Davis Polk**

| Case Name | Assigned Judge | Plaintiff's Counsel |
|---|---|---|
| *Safron Capital Corp. v. Bank of America Corp. & Merrill Lynch, Pierce, Fenner & Smith Incorporated*, No. 24-cv-07743-MMG | Hon. Margaret N. Garnett | Robbins Geller Rudman & Dowd LLP |
| *Campton v. Merrill Lynch, Pierce, Fenner & Smith Incorporated, et al.*, No. 24-cv-08629-MMG | Hon. Margaret N. Garnett | Robbins Geller Rudman & Dowd LLP |
| *Bertonis v. Morgan Stanley, et al.*, No. 25-cv-00115-JAV | Hon. Jeannette A. Vargas | Johnson Fistel, LLP |
| *Taylor v. Bank of America Corp. & Merrill Lynch, Pierce, Fenner & Smith Incorporated*, No. 1:25-cv-00709-DLC | Hon. Denise L. Cote | Robbins Geller Rudman & Dowd LLP |

On December 16, 2024, the parties in the *Safron* action, who are represented by the same set of counsel here, wrote jointly to Judge Garnett: (i) seeking an abeyance of all deadlines in *Safron* pending a decision on the Consolidation Motion, and (ii) proposing that, within 14 days of a decision from the JPML, they write to the Court with a recommended approach to coordination or consolidation of the *Safron* and *Campton* actions in light of the parties' agreement that it will be more efficient for the Court and the parties to coordinate the two actions, as well as a proposed schedule for BAC and Merrill to respond to the complaint. On December 17, 2024, Judge Garnett granted the parties' request and adjourned *sine die* the deadline for BAC and Merrill to respond to the complaint and the initial pretrial conference and related deadlines. Judge Garnett further ordered the parties to file a letter with the court within 14 days of the JPML's decision. *See Safron Capital Corp. v. Bank of America Corp. & Merrill Lynch, Pierce, Fenner & Smith Incorporated*, No. 24-cv-07743-MMG, ECF No. 34; *see also Campton v. Merrill Lynch, Pierce, Fenner & Smith Incorporated, et al.*, No. 24-cv-08629-MMG, ECF No. 11.

The complaint in this Action seemingly contains overlapping factual allegations and includes overlapping claims with those asserted in the *Safron* and *Campton* actions. The parties have conferred and agree that it will be more efficient for the Court and the parties if this Action were coordinated with the *Safron* and *Campton* actions pending before Judge Garnett. To that end, the parties respectfully request that the Court similarly hold in abeyance the deadlines in this Action. The parties also propose that, consistent with *Safron*, within 14 days of a decision from the JPML, they write to the Court with (i) the parties' recommended approach to coordination or consolidation of this Action with the *Safron* and/or *Campton* actions, and (ii) a proposed schedule for BAC and Merrill's response to the complaint.

# Davis Polk

The parties thank the Court for its consideration.

Respectfully submitted,

| | |
|---|---|
| **ROBBINS GELLER RUDMAN & DOWD LLP** | **DAVIS POLK & WARDWELL LLP** |
| */s/ Stephen R. Astley* | */s/ Lara Samet Buchwald* |
| Stephen R. Astley, *pro hac vice* | Lara Samet Buchwald |
| 225 NE Mizner Boulevard, Suite 720 | Cristina M. Rincon |
| Boca Raton, FL 33432 | Chui-Lai Cheung |
| Tel: 561-750-3000 | |
| | 450 Lexington Avenue |
| *Counsel for the Plaintiff and the Putative Class* | New York, New York 10017 |
| | Tel: 212-450-4000 |
| | *Counsel for Defendants Bank of America Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated* |

**VIA ECF**

cc:  All Counsel of Record (via ECF)